IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHANTELLA WALLACE, ) | Case No. 8:08cv478 |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| DOUGLAS COUNTY, NEBRASKA and ) JEFFERY L. NEWTON, et al., ) | |
| Defendants. ) | |

Upon reaching an agreement during a settlement conference with the undersigned,

**IT IS ORDERED:**

1. On or before **May 27, 2010,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. Any pending motions are denied as moot.

Dated this 27th day of April 2010.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge