IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHANTELLA WALLACE,** | ) | **CASE NO. 8:08CV478** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **DOUGLAS COUNTY, NEBRASKA,** | ) | |
| **and JEFFREY L. NEWTON, in His** | ) | |
| **Individual and Official Capacities,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 69). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs and attorney fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal (Filing No. 69) is approved;

2. All claims asserted by Plaintiff Chantella Wallace against Defendants Douglas County, Nebraska, and Jeffrey L. Newton, are dismissed with prejudice; and

3. Each party will pay its own costs and attorney fees.

DATED this 7th day of June, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge